## No. 9715.

### THE STATE OF LOUISIANA VS. ANDY MANSFIELD.

The appeal taken by a party from a conviction and sentence for a crime, and who escapes
. from custody during the pendency of the appeal, cannot be prosecuted by counsel, and
hence must be dismissed. State vs. Edwards, 36 Ann. 863, affirmed.

State vs. Schlessinger.

APPEAL from the Third District Court, Parish of Lincoln. *Young*, J.

*M. J. Cunningham*, Attorney General, for the State, Appellee.

*G. L. Gaskins* for Defendant and Appellant.

The opinion of the Court was delivered by

POCHÉ, J. The motion of the Attorney General to dismiss this appeal must prevail.

He has shown by proper evidence that during the pendency of this appeal the defendant has broken jail and is now a fugitive from justice.

The defendant doubtless considered that as the safest mode of avoiding the penalty of the crime for which he stood convicted. Reason, law and justice require that he should abide the result of his option in the premises.

The identical question was presented to us in the case of Edwards, 36 Ann. 863, and we therein said: "A prisoner under conviction and sentence, who has escaped from custody during the pendency of his appeal, cannot by counsel prosecute his appeal.

It is therefore ordered that this appeal be dismissed.